IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Tamara J. Halpern, | ) | Case No. 22-21925 CMB |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Related to Docket No. 18 |
| Tamara J. Halpern, | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| Fiserv Solutions LLC and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondents | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 13, 2022, a true and correct copy of the *Order to Pay Trustee, along with the Notification of Debtor's Social Security Number* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Served by CM/ECF filing**
Ronda J. Winnecour, Trustee

**Served by First Class U.S. Mail**

Fiserv Solutions LLC
Attn: Payroll Dept.
255 Fiserv Drive
Brookfield, WI 53045

Tamara J. Halpern
200 Bower Hill Rd.
Pittsburgh, PA 15228

Date of Service: October 13, 2022

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000