IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Tamara J. Halpern, | ) | Case No. 22-21925 CMB |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Related to Docket No. 33 |
| Tamara J. Halpern, | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| Fiserv Solutions LLC and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondents | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on April 24, 2023, a true and correct copy of the *Order to Pay Trustee, along with the Notification of Debtor's Social Security Number* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Served by CM/ECF filing**
Ronda J. Winnecour, Trustee

**Served by First Class U.S. Mail**
Fiserv Solutions LLC				Tamara J. Halpern
Attn: Payroll Dept.				200 Bower Hill Rd.
PO Box 979					Pittsburgh, PA 15228
255 Fiserv Drive
Brookfield, WI 53045

                Respectfully submitted,

April 24, 2023                /s/ Christopher M. Frye
DATE                          Christopher M. Frye, Esquire
                                  Attorney for the Debtor(s)

                                  STEIDL & STEINBERG
                                  Suite 2830 – Gulf Tower
                                  707 Grant Street
                                  Pittsburgh, PA  15219
                                  (412) 391-8000
                                  chris.frye@steidl-steinberg.com
                                  PA I. D. No.  208402