**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TAMARA J. HALPERN<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:22-21925 CMB<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/30/2022 and confirmed on 11/10/2022. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,110.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,110.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 440.65 | |
|     Trustee Fee | 152.39 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 593.04 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA - SUCCESSOR TRUSTEE O/B<br>    Acct: 1465 | 0.00 | 2,511.96 | 0.00 | 2,511.96 |
|   US BANK NA - SUCCESSOR TRUSTEE O/B<br>    Acct: 1465 | 1,419.10 | 0.00 | 0.00 | 0.00 |
|   MUNICIPALITY OF MT LEBANON (SWG)<br>    Acct: N284 | 423.15 | 0.00 | 0.00 | 0.00 |
|   MUNICIPALITY OF MT LEBANON (SWG)<br>    Acct: N284 | 1.20 | 0.00 | 0.00 | 0.00 |
| | | | | 2,511.96 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   TAMARA J. HALPERN<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   TAMARA J. HALPERN<br>    Acct: | 5.00 | 0.00 | 0.00 | 0.00 |
|   STEIDL & STEINBERG<br>    Acct: | 4,400.00 | 440.65 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX1925 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| MOHELA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| MOHELA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0003 | | | | |
| MOHELA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| SALLIE MAE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3576 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 3,684.60 | 0.00 | 0.00 | 0.00 |
| Acct: 2552 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 3,088.04 | 0.00 | 0.00 | 0.00 |
| Acct: 0516 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 1,327.87 | 0.00 | 0.00 | 0.00 |
| Acct: 5902 | | | | |
| CITIBANK NA** | 5,733.32 | 0.00 | 0.00 | 0.00 |
| Acct: 7176 | | | | |
| LVNV FUNDING LLC | 959.63 | 0.00 | 0.00 | 0.00 |
| Acct: 1732 | | | | |
| DISCOVER BANK(*) | 7,517.74 | 0.00 | 0.00 | 0.00 |
| Acct: 0500 | | | | |
| KOHLS DEPARTMENT STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8196 | | | | |
| PNC BANK NA | 8,544.41 | 0.00 | 0.00 | 0.00 |
| Acct: 4144 | | | | |
| SPRING OAKS CAPITAL SPV LLC | 2,720.75 | 0.00 | 0.00 | 0.00 |
| Acct: 6930 | | | | |
| TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9415 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,486.48 | 0.00 | 0.00 | 0.00 |
| Acct: 0180 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,887.85 | 0.00 | 0.00 | 0.00 |
| Acct: 4774 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 644.66 | 0.00 | 0.00 | 5.00 |
| Acct: 3266 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 5.00 |
| Acct: 0180 | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MATTHEW HALPERN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SALLIE MAE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BBVA COMPASS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ZWICKER & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                                            2,516.96

TOTAL CLAIMED
PRIORITY             5.00
SECURED          1,843.45
UNSECURED       39.595.35

Date: 02/07/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com